# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624                                                                 Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **MORGAN STANLEY c/o CT Corporation System, Registered Agent, located at 111 Eighth Avenue, New York, New York 10011.**

I, Andre R. Ramsamugh, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:20 am**, I:

Served the above named Entity by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** to Sattie Jairam, Process Specialist, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 48, Sex: F, Race/Skin Color: Indian, Height: 5'3", Weight: 138, Hair: Black, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Andre R. Ramsamugh
1259221

Our Job Serial Number: 2008000198
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624

Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **MORGAN STANLEY & CO. INCORPORATED c/o CT Corporation System, Registered Agent, located at 111 Eighth Avenue, New York, New York 10011**.

I, Andre R. Ramsamugh, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:20 am**, I:

Served the above named Entity by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** to Sattie Jairam, Process Specialist, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 48, Sex: F, Race/Skin Color: Indian, Height: 5'3", Weight: 138, Hair: Black, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Andre R. Ramsamugh**
1259221

Our Job Serial Number: 2008000199
Ref: 070094-00001

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624

Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10036.**

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am**, I:

Personally served **THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES** by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** to John Plotnick, Vice President, authorized to accept on behalf of THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES

**Description** of Person Served: Age: 54, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: Graying, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 17th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Baldeo Chetram
Process Server

Our Job Serial Number: 2008000202
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624

Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY  10119

Received these papers to be served on **THE INVESTMENT COMMITTEE OF THE MORGAN STANLEY 401 (K) PLAN, c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10016**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am**, I:

Personally served THE INVESTMENT COMMITTEE OF THE MORGAN STANLEY 401 (K) PLAN by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** to John Plotnick, Vice President, authorized to accept on behalf of THE INVESTMENT COMMITTEE OF THE MORGAN STANLEY 401 (K) PLAN.

**Description** of Person Served: Age: 54,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 160,  Hair: Graying,  Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Baldeo Chetram
Process Server

Our Job Serial Number: 2008000200
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624  Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **THE PLAN ADMINISTRATOR c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10036**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am, I:**

Personally served THE PLAN ADMINISTRATOR by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** to John Plotnick, Vice President, authorized to accept on behalf of THE PLAN ADMINISTRATOR.

**Description** of Person Served: Age: 54, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: Graying, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 17th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008000201
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624                                              Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **JOHN J. MACK c/o Morgan Stanley located at 1633 Broadway, 25th Floor New York, New York 10019.**

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am, I:**

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of John J. Mack at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 54, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: Graying, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008000203
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624                                              Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY  10119

Received these papers to be served on **ROY J. BOSTOCK c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am**, I:

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of Roy J. Bostock at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served:  Age: 54,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 160,  Hair: Graying,  Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008  by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008000204
Ref: 070094-00001

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624

Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **ERSKINE B. BOWLES c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am, I:**

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of Erskine B. Bowles at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 54, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: Graying, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008000205
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624                                          Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY  10119

Received these papers to be served on **SIR HOWARD J. DAVIES c/o Morgan Stanley located at 1633 Broadway 25 Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am**, I:

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of Sir Howard J. Davies at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served:  Age: 54,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 160,  Hair: Graying,  Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008  by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Baldeo Chetram
Process Server

Our Job Serial Number: 2008000206
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624                                              Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY  10119

Received these papers to be served on **KAREN JAMESLEY c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am**, I:

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of Karen Jamesley at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served:  Age: 54,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 160,  Hair: Graying,  Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008000207
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 07 CV 11624                                Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY  10119

Received these papers to be served on **C. ROBERT KIDDER c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am, I:**

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of C. Robert Kidder at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served:  Age: 54,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 160,  Hair: Graying,  Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008  by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Baldeo Chetram
Process Server

Our Job Serial Number: 2008000208
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624

Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY  10119

Received these papers to be served on **DONALD T. NICOLAISEN c/o Morgan Stanley located at 1633 Broadway,  25th Floor, New York, New York 10019.**

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am, I:**

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of Donald T. Nicolaisen at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served:  Age: 54,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 160,  Hair: Graying,  Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008  by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008000209
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624

Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **CHARLES H. NOSKI c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am, I:**

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of Charles H. Noski at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served:  Age: 54,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 160,  Hair: Graying,  Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008000210
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CV 11624                                              Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **HUTHAM S. OLAYAN c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am**, I:

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of Hutham S. Olayan at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 54, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: Graying, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008000211
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624                                                      Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **CHARLES E. PHILLIPS, JR. c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am**, I:

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of Charles E. Phillips, Jr. at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 54, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: Graying, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Baldeo Chetram
Process Server

Our Job Serial Number: 2008000212
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624

Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **O. GRIFFITH SEXTON c/o Morgan Stanley, located at 1633 Broadway, 25th Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am**, I:

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of O. Griffith Sexton at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served: Age: 54, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: Graying, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Baldeo Chetram
Process Server

Our Job Serial Number: 2008000213
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624                                        Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **DR. LAURA D. TYSON c/o Morgan Stanley located at 1633 Broadway, 25th Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am**, I:

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of Dr. Laura D.Tyson at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served:  Age: 54,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 160,  Hair: Graying,  Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008  by the affiant who is personally known to me.

_/s/ Tina A. McCarthy_
Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

_/s/ Baldeo Chetram_
Baldeo Chetram
Process Server

Our Job Serial Number: 2008000214
Ref: 070094-00001

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 11624

Date Filed: 12/28/2007

Plaintiff:
**C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,**

vs.

Defendants:
**MORGAN STANLEY, et al.**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY  10119

Received these papers to be served on **DR. KLAUS ZUMWINKEL c/o Morgan Stanley located 1633 Broadway, 25th Floor, New York, New York 10019**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **14th day of January, 2008** at **11:15 am, I:**

Served the above named Individual, by delivering and leaving a separate true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Employee Retirement Income Security Act of 1974, Civil Cover Sheet, Individual Practices of Judge Robert W. Sweet, Related Case Affidavit, Notice of Motion of Plaintiff C. Kenneth Coulter for Consolidation, Appointment as Interim Lead Plaintiff and Appointment of Interim Co-Lead Counsel, Proposed Pre-Trial Order, Memorandum of Law in Support of Plaintiff's Motion for Consolidation, Joint Declaration of Lori G. Feldman and Robert I. Harwood in Support of the Motion of C. Kenneth Coulter for Consolidation, Notice of Electronic Filings** with John Plotnick, Vice President, who accepted on behalf of Dr. Klaus Zumwinkel at the within named address; the said premises being the named Individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description** of Person Served:  Age: 54,  Sex: M,  Race/Skin Color: White,  Height: 5'7",  Weight: 160,  Hair: Graying,  Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of January, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Baldeo Chetram
Process Server

Our Job Serial Number: 2008000215
Ref: 070094-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j