**Judge      Sweet**