UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, THE INVESTMENT COMMITTEE OF THE MORGAN STANLEY 401(K) PLAN, THE PLAN ADMINISTRATOR, THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES, JOHN J. MACK, ROY J. BOSTOCK, ERSKINE B. BOWLES, SIR HOWARD J. DAVIES, KAREN JAMESLEY, C. ROBERT KIDDER, DONALD T. NICOLAISEN, CHARLES H. NOSKI, HUTHAM S. OLAYAN, CHARLES E. PHILLIPS, JR., O. GRIFFITH SEXTON, DR. LAURA D. TYSON, DR. KLAUS ZUMWINKEL, and JOHN DOES 1-30,<br><br>Defendants. | 07 Civ. 11624 (RWS)<br><br>STIPULATION REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND |



IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff and defendants that the time for all defendants to answer, move, or otherwise respond to the complaint shall be extended until and including February 25, 2008.

Dated:  New York, New York
        January 28, 2008

                        MILBERG WEISS, LLP

                        By: _____
                             Lori G. Feldman

                        One Pennsylvania Plaza
                        New York, New York 10119
                        Tel.: (212) 594-5300

                        HARWOOD FEFFER LLP

                        By _____
                             Robert I Harwood

                        488 Madison Avenue, 8th Floor
                        New York, NY 10022
                        Tel.: (212) 935-7400


                        Attorneys For Plaintiff C. Kenneth Coulter
                          and the Proposed Class


                        DAVIS POLK & WARDWELL

                        By: _____
                             Robert F. Wise, Jr.

                        450 Lexington Avenue
                        New York, New York 10017
                        Tel.: (212) 450-4512

                        Attorneys For Defendants Morgan Stanley
                          and Morgan Stanley & Co., Incorporated

SO ORDERED

_____
         U.S.D.J.

January 30, 2008